IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CYNTHIA P. CRANK

            Plaintiff

v.                                    Case No.

WELLS FARGO HOME MORTGAGE, INC.

            Defendant
_____/

## COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES AND DEMAND FOR JURY TRIAL

**COMES NOW** The Plaintiff CYNTHIA P. CRANK, by and through the undersigned counsel, and files this Complaint against the Defendant(s) WELLS FARGO HOME MORTGAGE, INC., and would show:

### INTRODUCTION

This action arises out of the facts and circumstances surrounding the collection of an alleged consumer debt.  Plaintiff, an individual, brings this action for statutory damages and actual damages against the Defendant, as well as attorney's fees and the costs of litigation for the Defendant's violations of the Florida Consumer Collection Practices Act, Title XXXIII, Chapter 559, Part VI, Florida Statutes ("FCCPA"), and the Telephone Consumer Practices Act, 47 U.S.C. § 227 ("TCPA").  These laws prevent debt collectors from *inter alia,* engaging in abusive, unfair and deceptive debt collection practices, in addition to limiting the type of equipment organizations may use to contact consumers.

## JURISDICTION AND VENUE

1.      This is an action for money damages in excess of $15,000, exclusive of attorney's fees and costs.

2.      Jurisdiction of this Court arises under 559.77(1), Florida Statutes, and 47 U.S.C. § 227(b)(3).

3.      Venue lies in this circuit pursuant to 559.77(1), Florida Statutes, and 47 U.S.C. § 227(b)(3).

4.      This Court has jurisdiction.

## PARTIES

5.      Plaintiff is an individual, a natural person and a "consumer" residing in Hillsborough County, Florida, who is alleged to owe a debt to Wells Fargo Home Mortgage.

6.      Defendant, Wells Fargo Home Mortgage, Inc., ("Wells Fargo") is a national lending institution with its principal place of business located at 1 Home Campus, Des Moines, IA 50328.

7.      At all times herein, Wells Fargo was a "person" as defined by Section 559.55, Fla. Stat. *See Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

## FACTS

8.      At all times herein, Plaintiff was involved in a dispute with Wells Fargo over an alleged consumer debt ("the debt").

9.      The debt was incurred for Plaintiff's personal, family and/or household purposes.

10.     In or around the month of July in 2012, the debt allegedly went into default.

11.     In or around July of 2012, Wells Fargo began placing telephone calls to the Plaintiff's cellular telephone in its attempts to collect the debt.

12.     The aforementioned telephone calls to the Plaintiff's cellular telephone were placed using an automatic telephone dialing system as defined under 47 U.S.C. § 227(a)(1) (hereinafter referred to as an "auto-dialer")

13.     Beginning in or around July of 2012, the Plaintiff began notifying Wells Fargo on one or more occasions that it did not have her consent to call her on her cellular telephone.

14.     In or around September of 2012, the Plaintiff retained the Law Firm of Kaufman, Englett and Lynd, PLLC., ("KEL") to represent her with respect to the debt.

15.     On or about September 14, 2012, KEL notified Wells Fargo in writing that it represented the Plaintiff with respect to the debt, and provided Well's Fargo with KEL's contact information. (See Exhibit "A").

16.     The immediately aforementioned notification from KEL to Wells Fargo also informed Wells Fargo that the Plaintiff did not consent to receiving any further calls from Wells Fargo pertaining to the debt, including a notification of the same signed by the Plaintiff.

17.     After being advised that the undersigned attorney represented the Plaintiff with respect to the debt, Wells Fargo continued to telephone the Plaintiff on numerous occasions for the purpose of collecting the debt.

18.     Each of the aforementioned telephone calls from Wells Fargo to the Plaintiff, after Wells Fargo was notified that the Plaintiff did not consent to receiving such calls, were placed to the Plaintiff's cellular telephone using an auto-dialer.

19.     The Plaintiff is the cellular account holder-owner and has dominion over the cellular telephone that Wells Fargo was calling.

20.     Prior to Wells Fargo placing the aforementioned telephone calls to the Plaintiff for the purpose of collecting the debt, it had received notice that the undersigned attorney represented Plaintiff with respect to the debt.

21.     In addition, after receiving notice that KEL represented the Plaintiff with respect to the debt, Wells Fargo sent the Plaintiff numerous written communications in which it attempted to collect the debt, rather than sending the communications to KEL. (See Exhibit "B").

22.     At all times herein, Wells Fargo either acted on its own accord, or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

23.     The Plaintiff has retained the law firm of Christie D. Arkovich, P.A. for the purpose of pursuing this matter against the Defendants and is obligated to pay her attorneys a reasonable fee for their services.

24.     Section 559.77, Fla. Stat. provides for an award of up to $1,000.00 statutory damages per each adverse adjudication, as well as actual damages, and an award of attorney's fees to the Plaintiff should the Plaintiff prevail in this matter against the Defendants. *See Beeders v. Gulf Coast Collection Bureau,* 632 F. Supp. 2d 1125, 1130 (M.D. Fla. 2009).

25.     47 U.S.C. § 227 (b)(3)(B) provides for statutory damages of five hundred dollars ($500.00) for each and every telephone call placed to the Plaintiff's cellular telephone with an auto-dialer without his express prior consent.

26.     In addition, if the Court finds the Defendant willfully and knowingly violated the forgoing section, the court may award treble damages to the Plaintiff for such violations pursuant to 47 U.S.C. § 227 (b)(3).

27.     All conditions precedent to the filing of this action have been completed or have been waived.

## CAUSES OF ACTION

### COUNT I – HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.     Plaintiff repeats, re-alleges and incorporates paragraphs 1-27 as though fully restated herein.

29.     Wells Fargo communicated with the Plaintiff regarding the debt while knowing the Plaintiff was represented by an attorney with respect to the debt.

30.     Wells Fargo used an auto-dialer to call the Plaintiff's cellular telephone on numerous occasions, for the purpose of collecting the debt, without the Plaintiff's express consent to do so.

31.     The immediately aforementioned conduct could reasonably be expected to harass the Plaintiff, thus violating Section 559.72(7), Fla. Stat.

32.     As a result of Defendant's violations of Section 559.72(7), Fla. Stat., the Defendant is liable to Plaintiff for actual damages, statutory damages, attorney's fees and the costs of litigation pursuant to Section 559.77(2) Fla. Stat.

WHEREFORE, Plaintiff respectfully demands that the Court enter judgment in Plaintiff's favor and against the Defendant for:

    a.    Damages;

    b.    Attorney's fees and the costs of litigation;

    c.    A permanent injunction enjoining Defendant from engaging in the complained-of practices; and

    d.    Such other or further relief as the Court deems just and proper.

## COUNT II – UNLAWFUL DEBT COLLECTION PRACTICES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

33.    Plaintiff repeats, re-alleges and incorporates paragraphs 1-27 as though fully restated herein.

34.    Wells Fargo communicated with the Plaintiff regarding the debt while knowing that the Plaintiff was represented by an attorney with respect to the debt, while knowing that it did not have the legal right to use such debt collection practices, in violation of Section 559.72(9), Fla. Stat.

35.    Wells Fargo used an auto-dialer to call the Plaintiff's cellular telephone on numerous occasions, for the purpose of collecting the debt, without the Plaintiff's express consent to do so, while knowing that it did not have the legal right to use such debt collection practices, in violation of Section 559.72(9), Fla. Stat.

36.    As a result of the Defendant's violations of Section 559.72(9), Fla. Stat., Defendant is liable to Plaintiff for actual damages, statutory damages, attorney's fees and the costs of litigation pursuant to Section 559.77(2) Fla. Stat.

WHEREFORE, Plaintiff respectfully demands that the Court enter judgment in Plaintiff's favor and against the Defendant for:

a.     Damages;

b.     Attorney's fees and the costs of litigation;

c.     A permanent injunction enjoining Defendant from engaging in the
complained-of practices; and

d.     Such other or further relief as the Court deems just and proper.

**COUNT III – VIOLATIONS OF SECTION 559.72(18) FLORIDA STATUTES**

37.     Plaintiff repeats, re-alleges and incorporates paragraphs 1-27 as though
fully restated herein.

38.     Wells Fargo communicated directly with the Plaintiff for the purpose of
collecting the debt, while knowing the Plaintiff was represented by an attorney with
respect to the debt, in violation of Section 559.72(18), Florida Statutes.

39.     As a result of the Defendant's violations of the FCCPA, the Defendant is
liable to the Plaintiff for actual damages, statutory damages, attorney's fees and the costs
of litigation pursuant to Section 559.77(2) Fla. Stat.

WHEREFORE, Plaintiff respectfully demands that the Court enter judgment in
Plaintiff's favor and against the Defendant for:

a.     Damages;

b.     Attorney's fees and the costs of litigation;

c.     A permanent injunction enjoining the Defendant from engaging in
the complained-of practices; and

d.     Such other or further relief as the Court deems just and proper

## COUNT IV – VIOLATIONS OF THE
## TELEPHONE CONSUMER PROTECTION ACT

40.     Plaintiff repeats, re-alleges and incorporates paragraphs 1-27 as though fully restated herein.

41.     Wells Fargo is subject to, and has violated the TCPA by using an automated telephone dialing system to call the Plaintiff's cellular telephone without her prior express consent.

42.     Each of the telephone calls to the Plaintiff's cellular telephone were knowingly, willfully and consciously made in violation of the TCPA.

43.     As a direct and approximate result of Wells Fargo's conduct, the Plaintiff has suffered: (a) The periodic loss of cellular telephone service, (b) The costs associated with the usage of cellular telephone service during each call, (c) Statutory damages under the TCPA, and (d) the expenditure of costs and attorney's fees associated with the prosecution of this matter, along with other damages which have been lost.

WHEREFORE, the Plaintiff respectfully requests this Court enter a judgment in her favor and against the Defendant for:

a.     $500.00 statutory damages for each telephone call made in violation of the TCPA since July 1st, 2012, pursuant to 47 U.S.C. § 227 (b)(3)(B);

b.     Treble statutory damages of $1,500.00 per knowing and willful violation of the TCPA since July 1st, 2012, pursuant to 47 U.S.C. § 227 (b)(3);

c.     Such other or further equitable relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Please take notice that Plaintiff respectfully demands trial by jury in this action.

Dated this ⎽⎽⎽⎽ day of September, 2013.

Respectfully Submitted:

_____
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Erin M. Allen Esq.
Florida Bar No. 0031383
Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
                  cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Defendant(s)



KAUFMAN  ENGLETT  &  LYND
You Have Questions. We Have Answers.

Friday, September 14th

VIA FACSIMILE

Wells Fargo Hm Mortgag
FAX: 15152228880

RE: Our Client:                    Cynthia P. Crank
     Social Security Number:      XXX-XX-1471
     Account Number:             ███████████

To Whom It May Concern:

   Please be advised that Kaufman, Englett and Lynd, PLLC (the Firm) has been retained to represent
Cynthia P. Crank, Social Security number ending in 1471, regarding any and all accounts associated with
Cynthia P. Crank, including but not limited to: account ending in ███████(the "Account").

   Please forward any and all communication regarding any accounts assigned to Cynthia P. Crank to the
Firm including but not limited to all communication regarding loan modification efforts, settlement
communication and collection efforts. Furthermore, any phone calls with respect to any accounts shall be
directly made to the Firm as well.

   Please cease all collection efforts directly to Cynthia P. Crank relative to any and all accounts except for
communications required to be sent directly to a debtor pursuant to the applicable law and mortgage loan
documents. Any collection communication must be directed to Kaufman, Englett & Lynd, PLLC, 111 North
Magnolia Avenue, Suite 1600, Orlando, Florida 32801, telephone (407) 513-1900 extension 5084.

                         Sincerely,

                         Brandon A. Yu, Legal Assistant
                         For the firm

111 N. Magnolia Ave., Suite 1600, Orlando, FL 32801  •  Office: (407) 513-1901  •  www.kelattorneys.com
Licensed Florida  •  New York  •  Maryland  •  Texas  •  Connecticut  •  Massachusetts  •  Georgia  •  Tennessee
Oklahoma  •  Washington  •  Pennsylvania  •  North Carolina  •  Michigan  •  Ohio  •  Missouri  •  California  •  Illinois  •  New Jersey

EXHIBIT  "A"

12BK31187



**Kaufman · Englett & Lynd**

## BORROWER SIGNATURE AUTHORIZATION AND
## NOTICE OF LEGAL REPRESENTATION

**Part I – General Information**

Borrower Name: _Cynthia Crank_
Borrower SS#: ███████████

Borrower Name: _____
Borrower SS#: _____

**Part II – Borrower Authorization**

I hereby authorize Kaufman, Englett and Lynd, PLLC to act as my legal counsel for purposes of debt mitigation. Kaufman, Englett and Lynd, PLLC is authorized to negotiate with my creditor/lender (s), obtain all information requested including but not limited to payoff requests, payment history, CMA's and any all information that may be relevant to the debt mitigation process.

This authorization is binding and continuing and shall be in effect until such time as I revoke it writing, As such I expect that you, my creditor/lender, cooperate fully with my attorney, Kaufman, Englett and Lynd, PLLC as though you were dealing with me with respect to any requests for information regarding my account or loan with you.

**Part III – Notice of Legal Representation**

I hereby request that my attorney, Kaufman, Englett and Lynd, PLLC be contacted from this point in time forward regarding my debt. Please forward all communication to Kaufman, Englett and Lynd, PLLC directly. I further request that any phone calls be made directly to the Kaufman, Englett and Lynd, PLLC as well.

X _Cynthia P Crank_                    _9-7-12_
**Client Signature**                    **Date**

_____         _____
**Client Signature**                    **Date**

8.2012                    15                    Client Initials ___/PPX



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date    10/18/12
Loan number
Property address
9442 FOREST HILLS CIRCL
TAMPA FL 33612

## Customer Service

Online
wellsfargo.com

Fax
1-866-278-1179

Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

Payments
PO Box 660455
Dallas TX 75266

We accept telecommunication relay service calls.

1AT        05703/173763/005763 0549   1 ACPQQ4 708

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL  33612-7852

### Important messages

Our records indicate your monthly payment is delinquent and a late charge has been assessed. In the future, please make your payment on or before the due date to avoid late charges and adverse credit bureau reporting. If your payment has been sent, please disregard this notice.

## Summary

| | | | |
|---|---|---|---|
| Payment (principal and/or interest, escrow) | $838.62 | Unpaid principal balance | $75,935.26 |
| | | (Contact Customer Service for your payoff balance) | |
| Current monthly payment 11/01/12 | $838.62 | Interest rate | 5.875% |
| Overdue payment(s) 10/01/12 | $838.62 | Interest paid year-to-date | $3,382.82 |
| Unpaid late charge(s) | $27.09 | Escrow balance | $2,065.69 |
| Total payment due 11/01/12 | $1,704.33 | | |

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/16 | Late fee assessed | | | | | $27.09 |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

*[handwritten notes:]* 838.62  11-6-12  Confirmation #FSHP2-VGXRR

*[handwritten:]* online BOA

1730\005763 ACPQQ431-APM1-0822-13

---



Please detach and return with your payment.

| | |
|---|---|
| Loan number | |
| Current monthly payment due | $838.62 |
| Total payment due 11/01/12 | $1,704.33 |
| After 11/16/12 add late charge | $27.09 |
| Total amount due after 11/16/12 | $1,731.42 |

Check here and see reverse for address correction.

CYNTHIA CRANK

173763/005763 0549   1 ACPQQ4 708

| | |
|---|---|
| Monthly payment is past due | $ |
| Additional principal | $ |
| Late charges | $ |
| Other charges | $ |
| Additional escrow | $ |

Please specify additional funds.

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX  75266-0455

Total amount enclosed
(Please do not send cash)    $



Page 1 of 3

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL OPERATIONS*
*PO BOX 10368*
*DES MOINES IA 50306-0368*

11/06/12

||հ⋯յ||||||ի⋯ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅ի⋅⋯ի⋅‖‖||

1AT      02642/057832/006845 0225   3 ACPRYZDF100 708

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL 33612-7652

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | (866) 278-1179 |
| Telephone: | (800) 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM - 11 PM |
| | Sat, 9 AM - 3 PM CT |
| Loan Number: | 0143436129 |
| Property Address: | 9442 Forest Hills Ci |
| | Tampa FL 33612 |

Subject: Loan No ▮▮▮▮▮▮▮

Dear Cynthia Crank:

Aviso Importante Para Las Personas Que Hablan Espanol:

Esta notificacion es de suma importancia, pues afecta su derecho a continuar viviendo en su casa. Si no entiende el contenido de esta carta, obtenga una traduccion inmediatamente. Si usted no llama a responde a este numero de telefono 1-800-416-1472 usted puede perder su casa.

This letter is to notify you of the availability of homeownership counseling, and any rights you or your dependents may have under the Servicemembers Civil Relief Act if you are an active member of one of the military agencies listed below. You may wish to discuss your account with a homeownership counselor. You may locate a local counseling agency of your choice through the Department of Housing and Urban Development (HUD) by calling 1-800-569-4287 (TDD: 1-800-877-8339) or you may access their website at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm.

Below is some additional important information about the rights you may have under the Servicemembers Civil Relief Act:

**Servicemembers Civil Relief Act Notice Disclosure**

**United States Department of Housing and Urban Development Office of Housing**

**OMB Approval #2502-0584 Exp. 7/31/2012**

**Legal Rights and Protections under the SCRA**
Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. Sections 501-597b) (SCRA).



| Account Information |
| --- |
| Loan Number: ▮▮▮▮▮ |
| Property Address: 9442 Forest Hills Ci<br>Tampa FL 33612 |

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that, a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that, in a legal action to enforce a debt against real estate that is filed during, or within 9 months after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 9 months after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does a Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. Attn: Special Loans/SCRA, MAC T7416-01C, PO Box 659810, San Antonio, TX 78265-9110, phone number 1-866-936-7272 or fax to 1-877-658-4585.
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's





70801434361290F100

Page 3 of 3

| Account Information | |
| --- | --- |
| Loan Number: |  |
| Property Address: | 9442 Forest Hills Ci<br>Tampa FL 33612 |

Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If you have any questions, please contact us at the number listed in the account information section of this letter.

Sincerely,

Wells Fargo Home Mortgage

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.







Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date    11/06/12
Loan number
Property address
   9442 FOREST HILLS CIRCLE
   TAMPA FL 33612

## Customer Service  🖥 Online
wellsfargo.com

📠 Fax                    📞 Telephone
1-866-278-1179          1-866-234-8271

Correspondence          Hours of operation
PO Box 10335            Mon - Fri 6 a.m. - 10 p.m.
Des Moines, IA 50306    Sat 8 a.m. - 2 p.m. CT

✉ Payments
PO Box 660455
Dallas TX 75266

We accept telecommunications relay service calls.

1AT        03525/051525/003525 0159  1 ACPRYN 708

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL  33612-7652

### Important messages



## Summary

| | | | |
|---|---|---|---|
| Payment (principal and/or interest, escrow) | $838.62 | Unpaid principal balance | $75,763.15 |
| Current monthly payment 12/01/12 | $838.62 | (Contact Customer Service for your payoff balance) | |
| | | Interest rate | 5.875% |
| Overdue payment(s) 11/01/12 | $838.62 | Interest paid year-to-date | $3,754.58 |
| Unpaid late charge(s) | $27.09 | Escrow balance | $2,363.56 |
| Total payment due 12/01/12 | $1,704.33 | | |

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/06 | Payment | $838.62 | $170.09 | $371.76 | $296.77 | |

*[handwritten]* Paid  853.62  on  11-3 -12

*[handwritten]* 1704.33  − 853.62 = 850.71

---

*Please detach and return with your payment.*

| | |
|---|---|
| Loan number | |
| Current monthly payment due | $838.62 |
| Total payment due 12/01/12 | $1,704.33 |
| After 12/16/12 add late charge | $27.09 |
| Total amount due after 12/16/12 | $1,731.42 |

| | |
|---|---|
| Monthly payment a pari iso | $ |
| Additional principal | $ |
| Late charges | $ |
| Other charges | $ |
| Additional escrow | $ |
| Total amount enclosed (Please include one check) | $ |

*Check here and see reverse for address correction.*

CYNTHIA CRANK



WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX  75266-0455



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

| | |
|---|---|
| Statement date | 11/19/12 |
| Loan number | |
| Property address | |

9442 FOREST HILLS CIRCL
TAMPA FL 33612

### Customer Service        Online
wellsfargo.com

Fax
1-866-275-1179

Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

Payments
PO Box 660455
Dallas TX 75266

We accept telecommunications relay service calls.

1AT       07831/151831/007831 0478   1 ACPSUZ 708

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL  33612-7052

**Important messages**

Our records indicate your monthly payment is delinquent and a late charge has been assessed. In the future, please make your payment on or before the due date to avoid late charges and adverse credit bureau reporting. If your payment has been sent, please disregard this notice.

## Summary

| | | | |
|---|---|---|---|
| Payment (principal and/or interest, escrow) | $838.62 | Unpaid principal balance | $76,763.15 |
| Current monthly payment 12/01/12 | $838.62 | *(Contact Customer Service for your payoff balance)* | |
| | | Interest rate | 5.675% |
| Overdue payment(s) 11/01/12 | $838.62 | Interest paid year-to-date | $3,775.58 |
| Unpaid late charge(s) | $54.18 | Taxes paid year-to-date | $609.06 |
| | | Escrow balance | $1,764.60 |
| Total payment due 12/01/12 | $1,731.42 | | |

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/16 | Late fee assessed | | | | | $27.09 |
| 11/16 | County tax payment | | | | $609.00 | HILLSBOROUGH CNTY (3) |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

---



Please detach and return with your payment.

| | |
|---|---|
| Loan number | |
| Current monthly payment due | $838.62 |
| Total payment due 12/01/12 | $1,731.42 |
| After 12/16/12 add late charge | $27.09 |
| Total amount due after: 12/16/12 | $1,753.51 |

| | |
|---|---|
| Monthly payment amount | $ |
| Additional principal | $ |
| Late charges | $ |
| Other charges | $ |
| Additional escrow | $ |

*Check here and see reverse for address correction.*

CYNTHIA CRANK

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX  75266-0455



Total amount enclosed
(Please do not send cash)        $



P.O. Box 9039
Temecula, CA 92589-9039

Return Address only
Do not send payments to this address

December 17, 2012



2268475355

25827.708DAY30 FL.

ll.ll...lll..ll..lllll..lll..ll..llll...lll..lll..ll..ll.ll.l
CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL 33612-7652

l.ll..ll.ll...ll.ll.l.ll..l.ll..l.l.l.l.l.l.l.l.l.l

Dear Borrower(s):                                          RE: Loan Number ▮▮▮▮▮▮▮

Our records indicate that your loan is in default for failure to make payments due.  Unless the payments on your loan can be brought current by January 20, 2013, it will become necessary to require immediate payment in full (also called acceleration) of your Mortgage Note and pursue the remedies provided for in your Mortgage or Deed of Trust, which include foreclosure.

To correct the default you must pay the total delinquency against your account, which as of today's date is:

| | | |
|---|---|---|
| Past Due Payments | $ | $1,677.24 |
| Late Charge Balance | $ | $54.18 |
| Other Fees | $ | $0.00 |
| Unapplied Funds | -$ | $0.00 |
| **Total Delinquency as of December 17, 2012** | $ | $1,731.42 |

To avoid the possibility of acceleration, you must pay this amount on or before January 20, 2013 in CERTIFIED funds, to **Wells Fargo Home Mortgage, 1200 W 7th Street, Suite L2-200, Los Angeles, CA 90017.**  For the loan to be current and not in default, any additional monthly payments, late charges and other charges that may be due under the note, mortgage and applicable law after the date of this notice must also be paid.

If funds are not received by the above referenced date, we will proceed with acceleration.  Once acceleration has occurred, we may take steps to terminate your ownership in the property by a foreclosure proceeding, which could result in Lender or another person acquiring ownership of the property.  If foreclosure is initiated, you have the right to argue that you did keep your promises and agreements under the Mortgage Note and Mortgage, and to present any other defenses that you may have.

You have the right to reinstate your Mortgage Note and Mortgage or Deed of Trust after acceleration, and to have enforcement of the Mortgage discontinued and to have the Mortgage Note and Mortgage remain fully effective as if acceleration had never been required.  However, any future negotiations attempting to reinstate your loan or any payment of less than the full amount due shall not require Wells Fargo Bank, N.A.'s waiver of the acceleration unless otherwise agreed to, in writing, by Wells Fargo Bank, N.A.

We are required by federal law to notify you of the availability of government approved home ownership counseling agencies designed to help homeowners avoid losing their home.  To obtain a list of approved counseling agencies for your state please call 1-800-569-4287.  We urge you to give this matter your immediate attention.

25827.708.DAY30.FL.0



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

| | |
|---|---|
| Statement date | 12/19/12 |
| Loan number | ▬▬▬▬ |
| Property address | |
| | 9442 FOREST HILLS CIRCL |
| | TAMPA FL 33612 |

### Customer Service   Online
wellsfargo.com

Fax
1-866-278-1179

Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

Payments
PO Box 660455
Dallas TX 75266

We accept telecommunications relay service calls.

1AT      03780/155780/003780 0484   1 ACPV2K 708

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL 33612-7652

## Summary

| | | | |
|---|---|---|---|
| Payment (principal and/or interest, escrow) | $838.62 | Unpaid principal balance | $75,763.15 |
| Current monthly payment 01/01/13 | $838.62 | *(Center Customer Service for your payoff balance)* | |
| | | Interest rate | 5.875% |
| Overdue payment(s) 11/01/12 - 12/01/12 | $1,677.24 | Interest paid year-to-date | $3,734.58 |
| Unpaid late charge(s) | $81.27 | Taxes paid year-to-date | $600.06 |
| | | Escrow balance | $1,754.60 |
| **Total payment due 01/01/13** | **$2,597.13** | | |

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/17 | Late fee assessed | | | | | $27.09 |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

### Important messages
Our records indicate your monthly payment is delinquent and a late charge has been assessed. In the future, please make your payment on or before the due date to avoid late charges and adverse credit bureau reporting. If your payment has been sent, please disregard this notice.

**CALL US - A FEW MINUTES
CAN MAKE A DIFFERENCE**
Making your payment in full today may prevent further collection activities. If you're unable to pay in full, call us right away to discuss your options.
De no poder pagar la cantidad que se debe, y para evitar un juicio hipotecario, favor de llamarnos inmediatamente.

To get free credit counseling from a HUD-approved agency, call 1-800-569-4287.

Avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

155780/003780 ACPV2K 51-ET-M1-0273   13

---

*Please detach and return with your payment.*



| | |
|---|---|
| Loan number | ▬▬▬▬ |
| Current monthly payment due | $838.62 |
| Total payment due 01/01/13 | $2,597.13 |
| After 01/16/13 add late charge | $27.09 |
| Total amount due after 01/16/13 | $2,624.22 |

| | |
|---|---|
| Credit account | $ |
| | |
| Additional principal | $ |
| | |
| Late charges | $ |
| | |
| Other charges | $ |
| | |
| Additional escrow | $ |

*Check here and see reverse for address correction.*

CYNTHIA CRANK

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455

Total amount enclosed
[Please do not send cash]   $



**HOUSING EDUCATION PROGRAM**

595 Market Street, 15th Floor, San Francisco, CA 94105
(877) 511-2272 • (866) 508-8728 FAX • www.housingeducation.net

December 21, 2012

CYNTHIA CRANK
9442 FOREST HILLS CIRCLE
TAMPA, FL 33612

RE: Freddie Mac Loan # ▮▮▮▮
Servicer Name: WELLS FARGO HOME MORTGAGE, INC.
Servicer Loan #: ▮▮▮▮
Property Address: 9442 FOREST HILLS CIRCLE
TAMPA, FL 33612

Dear CYNTHIA CRANK:

We are a nonprofit HUD-approved housing counseling agency, and we have been asked by Freddie Mac to make available to you free financial and housing counseling. Freddie Mac is the owner of your mortgage and was recently notified by your mortgage lender, WELLS FARGO HOME MORTGAGE, INC., that your loan has become delinquent. Freddie Mac has retained us to work with you to see whether our financial counseling can help resolve the delinquency.

The Housing Education Program is not a collection agency. As a nonprofit housing counseling agency, we share your interest in seeing you keep your home and maintain your credit reputation. A mortgage delinquency is a serious matter. The Housing Education Program can assist you in working with your lender to make suitable arrangements to resolve your delinquent payments.

Please call us today at **1-877-511-2272** or visit our website at **http://www.housingeducation.net/** to learn what options are available. These options may include:

1. **Forbearance:** You may be permitted to pay less than the full amount due or no payments for a period of time. At the end of the forbearance, the loan would need to be:
   a. Reinstated
   b. Paid off in full
   c. Another workout option may be approved.
2. **Repayment Plan:** You may be permitted to repay the total amount you are behind over the course of several months. Example: Delinquent amount of $2,000.00 paid over 6 months = $333.33, plus your regular payment of $600.00. Total payment for 6 months would be $933.33. Once current your payment would revert back to the $600.00.
3. **Loan Modification:** If you can make the payments on your loan, but do not have enough money to pay the past due payments or you cannot afford the total amount of your current payment, your lender may be able to change one or more terms of your original loan to make the payment more affordable. For example: Delinquency $2,000.00 would be added to the principal balance and the loan re-amortized over the remaining term of the mortgage.
4. **Sale:** If you can no longer afford your home, a specific amount of time may be allowed for you to find a purchaser and pay off the total amount owed. If the property's sales value is not enough to pay the loan in full, your lender may be able to accept less than the full amount owed.

*It's important that you respond quickly because WELLS FARGO HOME MORTGAGE, INC., will not stop the collection and foreclosure process. Contacting The Housing Education Program will not automatically stop this process, but our trained counselors are ready now to help you explore your options.*

You may have the misconception that the lender wants to take your home back through foreclosure. This is not true. Lenders for Freddie Mac are only interested in seeing that payments are made each month as agreed in the mortgage terms. As a general rule, lenders only begin the foreclosure process when all efforts to resolve the delinquency fail.

If you have brought your loan current or are already working with WELLS FARGO HOME MORTGAGE, INC., and don't require our assistance, please disregard this letter.

Sincerely,

*Rick Harper*

The Housing Education Program

A Division of Consumer Credit Counseling Service of San Francisco