UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA P. CRANK,

    Plaintiff,

v.                                          CASE NO.: 8:13-cv-2579-T-23MAP

WELLS FARGO HOME
MORTGAGE, INC.,

    Defendant.
_____/

## **ORDER**

The defendant moves (Doc. 4) to dismiss the complaint. The time to respond has passed, and the plaintiff has not responded. Accordingly, the motion (Doc. 4) is **GRANTED**, and the complaint is **DISMISSED** for failing to include enough facts[*] and for requesting relief in excess of the statutory maximum. Also, Count II is **DISMISSED** for failing to identify the assertion of a legal right that "does not exist." § 559.72(9) Fla. Stat. The plaintiff may amend the complaint no later than

---

[*] For example, the complaint fails to identify even one particular phone call, despite requesting "statutory damages for each telephone call made." (Doc. 2 at 8)

**NOVEMBER 13, 2013**.  Failure to timely amend the complaint will result in dismissal of this action.

ORDERED in Tampa, Florida, on November 6, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE