UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA P. CRANK,

    Plaintiff,

v.                                CASE NO.: 8:13-cv-2579-T-23MAP

WELLS FARGO HOME
MORTGAGE, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff signed a mortgage that – just above the signature – states:

> **Jury Trial Waiver**. The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

(Doc. 11-1 at 17) Crank, the "Borrower" under the mortgage, sues and demands a jury trial. Wells Fargo moves (Doc. 11) to strike the jury demand.[*] The time to respond has passed, and the plaintiff has failed to respond. Wells Fargo's motion (Doc. 11) to strike is **GRANTED**. For the reasons stated in Wells Fargo's motion, the demand for a jury is **STRICKEN**. *See also Anderson v. Apex Fin. Grp., Inc.*, 2008

---

[*] The motion (Doc. 9) failed to comply with Local Rule 3.01(g). The parties are directed to comply with Local Rule 3.01(g) in future filings.

WL 2782684 (M.D. Fla. July 16, 2008) (Moody, J.) (considering an identical jury waiver and striking the jury demand).

ORDERED in Tampa, Florida, on January 6, 2014.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE