UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA P. CRANK

    Plaintiff,

v.                                              Case No. 8:13-cv-2579-SDM-MAP

WELLS FARGO HOME MORTGAGE

    Defendant.
_____/

## AGREED MOTION TO SUBSTITUTE PARTY PLAINTIFF

Plaintiff, CYNTHIA P. CRANK, by and through the undersigned counsel, and as Plaintiff in the above-styled proceeding, respectfully moves the Court to enter an order substituting SUSAN K. WOODARD, CHAPTER 7 TRUSTEE as Plaintiff, in this proceeding.

1. On or about September 11, 2013, a Complaint was filed listing the name of the Plaintiff as "Cynthia P. Crank". As this action is property of the bankruptcy estate and Plaintiff's chapter 7 case has been reopened, the Chapter 7 Bankruptcy Trustee has authority to prosecute this action.

2. The parties request a stay of all pending discovery for fifteen (15) days after an order substituting party plaintiff is entered.

3. All parties are in agreement with this Motion.

4. No prejudice will result from the granting of this Motion.

WHEREFORE, CYNTHIA P. CRANK respectfully requests that the Court enter an order: (a) allowing SUSAN K. WOOODARD, CHAPTER 7 TRUSTEE to be substituted as Plaintiff in this proceeding; (b) to amend the title of this proceeding to substitute and reflect

SUSAN K. WOOODARD, US TRUSTEE as Plaintiff; (c) imposing a stay of discovery for 15 days following entry of an order, (d) providing that this proceeding be continued without prejudice to any matter already had in this proceeding; and (e) granting SUSAN K. WOOODARD, CHAPTER 7 TRUSTEE all other appropriate relief as this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I electronically filed the foregoing, by using CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filer, on this 14 day of February, 2014:

Sara G. Witmeyer, Esq.,
Fentrice D. Driskell, Esq.
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
switmeyer@cfjblaw.com
fdriskell@cfjblaw.com

_____
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Erin M. McKenney Esq.
Florida Bar No. 0031383
Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
     cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Plaintiff(s)