**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CYNTHIA P. CRANK**

    **Plaintiff,**

v.                                Case No. 8:13-cv-2579-SDM-MAP

**WELLS FARGO HOME MORTGAGE**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, CYNTHIA P. CRANK, through Christie D. Arkovich, Esq., her attorney and authorized representative of Defendant, WELLS FARGO HOME MORTGAGE, both having reached full settlement of all pending claims against WELLS FARGO HOME MORTGAGE, in the above captioned case.

## CERTIFICATE OF SERVICE

I electronically filed the foregoing, by using CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filer, on this 21st day of February, 2014:

    Sara G. Witmeyer, Esq.,
    Fentrice D. Driskell, Esq.
    Carlton Fields Jorden Burt, P.A.
    P.O. Box 3239
    Tampa, FL  33601-3239
    switmeyer@cfjblaw.com
    fdriskell@ cfjblaw.com

                                      */s/ Christie D. Arkovich*
                                      CHRISTIE D. ARKOVICH, ESQ.
                                      1520 W. Cleveland St.
                                      Tampa, Florida 33606
                                      (813) 258-2808
                                      (813) 258-5911 (facsimile)
                                      Florida Bar No. 963690
                                      Attorney for Debtor/Plaintiff