UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA P. CRANK**

     **Plaintiff,**

**v.**                                **Case No. 8:13-cv-2579-SDM-MAP**

**WELLS FARGO HOME MORTGAGE**

     **Defendant.**

_____/

## EXPARTE MOTION TO REOPEN CASE FOR THE COURT
## TO RULE ON PENDING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Plaintiff, CYNTHIA P. CRANK, by the undersigned attorney, moves the court to reopen the above-entitled case for the purpose of the Court ruling on the outstanding Motion to Substitute Party Plaintiff ("Motion").  In support of the Motion, the Plaintiff respectfully presents:

1. The Plaintiff filed a Motion to Substitute Party Plaintiff on February 14, 2014.

2. On February 24, 2014, the case was closed due to a settlement between the parties with the Motion to Substitute Party Plaintiff still pending.

3. An order on the Plaintiff's Motion needs to be entered before the case can be fully resolved.

WHEREFORE, the Plaintiff respectfully requests the court to reopen the above-entitled case so the outstanding Motion can be ruled on.

Respectfully submitted,

/s/ Christie D. Arkovich, Esq

Christie D. Arkovich, Esq.
Florida Bar No. 963690
Barbara C. Leon, Esq.
Florida Bar No. 582115
Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
                          cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Debtor(s)

## CERTIFICATE OF SERVICE

I electronically filed the foregoing, by using CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filer, on this _17_ day of April, 2014:

Sara G. Witmeyer, Esq.,
Fentrice D. Driskell, Esq.
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
switmeyer@cfjblaw.com
fdriskell@cfjblaw.com

/s/ Christie D. Arkovich
**Attorney**