UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA P. CRANK,

    Plaintiff,

v.                                        CASE NO.: 8:13-cv-2579-T-23MAP

WELLS FARGO HOME
MORTGAGE, INC.,

    Defendant.
_____/

## ORDER

The motion (Doc. 28) to re-open the case is **GRANTED**. The clerk is directed to re-open the case. The plaintiff's unopposed motion (Doc. 24) to substitute is **GRANTED IN PART**. "Susan K. Woodard, as Chapter 7 Trustee" is **SUBSTITUTED** for Cynthia P. Crank as the plaintiff in this action.* The clerk is directed to change the style of the case, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on *April 18th*, 2014.

*/s/ SDM*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

_____

* In three of the four appearances of the word in the motion, including in the "WHEREFORE" clause, the plaintiff carelessly wrote "Woodard" spelled "W-O-O-O-D-A-R-D." Happily for the plaintiff, this order grants not the requested relief but the correct relief.