UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN K. WOODARD,
as Chapter 7 Trustee,

        Plaintiff,

vs.

                                  Case No.: 8:13-cv-2579-SDM-MAP

WELLS FARGO HOME MORTGAGE, INC.,

        Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO REOPEN CASE FOR 90 DAYS FOR SUBMISSION OF STIPULATED FORM OF FINAL ORDER OF DISMISSAL WITH PREJUDICE

        Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), identified by Plaintiff as Wells Fargo Home Mortgage, Inc., in accordance with this Court's Order (Doc. 27) and Local Rule 3.08(b) moves the Court to reopen the case for an additional 90 days for the submission of a stipulated form of final order of dismissal with prejudice, pending the bankruptcy court's approval of the settlement of this matter. In support thereof, Wells Fargo states:

        1.      On February 14, 2014, Cynthia P. Crank, former Plaintiff in this action ("Ms. Crank"), filed an Agreed Motion to Substitute Party Plaintiff (Doc. 24), explaining that the action was property of Ms. Crank's bankruptcy estate, that Ms. Crank's chapter 7 bankruptcy case had been reopened, and that the Chapter 7 Bankruptcy Trustee had authority to prosecute the action.

        2.      On February 21, 2014, Ms. Crank filed a Notice of Settlement (Doc. 26) of this action.

29573654.1

3. On February 24, 2014, the Court entered an Order (Doc. 27) dismissing the action pursuant to Local Rule 3.08(b) and directing the clerk to terminate any pending motion and to close the case.

4. On April 17, 2014, Ms. Crank filed an Exparte Motion to Reopen Case for the Court to Rule on Pending Motion to Substitute Party Plaintiff (Doc. 28), explaining that an order on the Motion to Substitute Party Plaintiff was needed before the case could be fully resolved.

5. On April 18, 2014, this Court entered an Order (Doc. 29) granting Ms. Crank's Motion in part and directing the clerk to change the style of the case, terminate any pending motion, and close the case.

6. As part of the settlement of this matter, counsel for Susan K. Woodard, as Chapter 7 Trustee of the bankruptcy estate of Cynthia P. Crank ("Ms. Woodard"), has informed counsel for Wells Fargo that Ms. Woodard intends on filing a motion with the bankruptcy court for an order approving the compromise and settlement of this action, pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

7. Because the bankruptcy court's approval is necessary for the settlement of this action, the parties require additional time for the submission of a stipulated form of final order of dismissal with prejudice of this action.

## **MEMORANDUM OF LAW**

This motion is addressed to the Court's sound discretion and is not filed for purposes of delay. See Fed. R. Civ. P. 6(b)(1)(A). Further, no party will be prejudiced because Plaintiff does not object to the relief requested and the interests of justice and judicial economy weigh in favor of the granting of this Motion.

## CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that she spoke with counsel for Plaintiff, and that counsel for Plaintiff does not oppose the relief sought in this Motion.

WHEREFORE, Defendant, Wells Fargo Bank, N.A. respectfully requests that the Court grant its Motion and reopen the case for an additional 90 days for the submission of a stipulated form of final order of dismissal with prejudice, and for any such further relief as the Court deems proper.

Respectfully submitted,

*/s/ Sara G. Witmeyer*
Fentrice D. Driskell
Florida Bar No. 0833851
Sara G. Witmeyer
Florida Bar No. 28072
E-mail: fdriskell@cfjblaw.com
E-mail: switmeyer@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
*Attorneys for Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **April 24, 2014**, I electronically filed the foregoing Defendant's Unopposed Motion to Reopen Case for 90 Days for Submission of Stipulated Form of Final Order of Dismissal With Prejudice, by using the CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filers:

Christie D. Arkovich, Esq.
Erin M. Allen, Esq.
1520 W. Cleveland Street
Tampa, FL 33606
cdalaw@tampabay.rr.com
cdalaw5@tampabar.rr.com
cdalaw7@tampabay.rr.com

                                                     */s/ Sara G. Witmeyer*
                                                     Sara G. Witmeyer
                                                     Florida Bar No. 28072