UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN K. WOODARD,
as Chapter 7 Trustee,

    Plaintiff,

v.                                           CASE NO.: 8:13-cv-2579-T-23MAP

WELLS FARGO HOME
MORTGAGE, INC.,

    Defendant.
_____/

## **ORDER**

The defendant's unopposed motion (Doc. 30) to re-open the case is

**GRANTED**. The clerk is directed to re-opened the case.

ORDERED in Tampa, Florida, on April 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE