UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN K. WOODARD,

    Plaintiff,

v.                                    CASE NO.: 8:13-cv-2579-T-23MAP

WELLS FARGO HOME
MORTGAGE, INC.,

    Defendant.
_____/

**ORDER**

An April 25, 2014 order (Doc. 31) grants the defendant's motion to re-open this case. The motion, filed on April 24, 2014, states that the defendant "requests that the Court grant its Motion and reopen the case for an additional 90 days for the submission of a stipulated form of final order of dismissal with prejudice." (Doc. 30 at 3)  Far more than ninety days has passed, and no party has moved to extend the time to submit the stipulated form. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on December 5, 2014.

                                                                          *[signature]*
                                                     STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE